UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GOOCH,

        Plaintiff,        Case No. 1:19-cv-679

v.        Hon. Paul L. Maloney

STEVE McCLAIN,
McCLAIN PROPERTIES,
and SERENA ANDERSON,

        Defendants.

_____/

## JUDGMENT

The Court dismissed this lawsuit for lack of subject-matter jurisdiction. All pending claims have been dismissed without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 14, 2020        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge